# United States Bankruptcy Court
## Southern District of Ohio

In re   Lynne D Hanrahan                                                          Case No.   2:14-bk-55147

Debtor(s)                              Chapter   13

## Notice of Change of Address

Debtor's Social Security Number:            xxx-xx-8746

**My (Our) Former Mailing Address and Telephone Number was:**

Name:            Lynne D Hanrahan

Street:           9465 Santa Clara Circle

City, State and Zip:   Plain City, OH 43064

Telephone #:

**Please be advised that effective   2/27  , 2015  ,
my (our) new mailing address and telephone number is:**

Name:            Lynne D Hanrahan

Street:           PO Box 84

City, State and Zip:   Woodstock, Ohio 43084

Telephone #:

/s/ Lynne D Hanrahan
Lynne D Hanrahan
Debtor