# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 14-55147 |
| | : | |
| Lynne D. Hanrahn | : | Chapter 13 |
| | : | |
| | : | Judge Hoffman |
| Debtor. | : | |

### Notice of Change of Address

**My former Mailing Address was:**

Street:                 9465 SANTA CLARA CIR

City, State and Zip     PLAIN CITY, OH 43064

**Please be advised that effective 11/1, 2017**

My new mailing address is:

Street:                 7295 Butler Ave

City, State and Zip     Plain City, Ohio  43064


                                           /s/ Lynne D. Hanrahan
                                           Debtor